J-A29040-14

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| CINDY LOU METTS, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| CHAD E. MARTIN, | : | |
| | : | |
| Appellant | : | No. 459 WDA 2014 |

Appeal from the Order Entered March 10, 2014,
In the Court of Common Pleas of Fayette County,
Civil Division, at No(s): No. 261 of 2014, GD

BEFORE:  FORD ELLIOTT, P.J.E., ALLEN, and STRASSBURGER,[*] JJ.

JUDGMENT ORDER BY STRASSBURGER, J.:     **FILED NOVEMBER 24, 2014**

Chad E. Martin (Appellant) appeals *pro se* from the order which granted Appellee Cindy Lou Metts's request for a final Protection from Abuse (PFA) order pursuant to the Protection from Abuse Act (the Act), 23 Pa.C.S. §§ 6101‑6122.

Upon our review of Appellant's brief, we find it to be patently defective, as it fails in numerous respects to comport with Pa.R.A.P. 2111 through 2119. Specifically, Appellant has failed to include in his brief a statement of questions involved, a statement of the case, a summary of the argument, or an argument section. Moreover, Appellant makes no citation to relevant authorities or to the record.

---

* Retired Senior Judge assigned to the Superior Court.

Rule 2101 grants us the authority to dismiss an appeal when the defects in a brief are substantial. Pa.R.A.P. 2101. The fact that Appellant is *pro se* does not excuse his complete failure to comply with the Rules of Appellate Procedure. While "this Court is willing to construe liberally materials filed by a *pro se* litigant, *pro se* status generally confers no special benefit upon an appellant." ***Commonwealth v. Lyons***, 833 A.2d 245, 251-52 (Pa. Super. 2003) (citation omitted). Nor does it entitle him to have this Court advocate on his behalf. ***Commonwealth v. Rivera***, 685 A.2d 1011, 1013 (Pa. Super. 1996). "When issues are not properly raised and developed in briefs, [and] when the briefs are wholly inadequate to present specific issues for review[, this] Court will not consider the merits thereof." ***Id.*** (citation omitted).

Accordingly, because Appellant has failed to comply substantially with the relevant Rules of Appellate Procedure, we dismiss his appeal.

Appeal dismissed.

Judgment Entered.

_____
Joseph D. Seletyn, Esq.
Prothonotary

Date: 11/24/2014

-2-